**Order filed, March 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01088-CV

_____

**TANGLEWOOD HOMES ASSOCIATION, INC., Appellant**

**V.**

**STEWART A. FELDMAN, MARLA B. FELDMAN AND MICHAEL T. KELLY, TRUSTEE, Appellee**

_____

## NO. 14-11-01089-CV

_____

**STEWART A. FELDMAN, MARLA B. FELDMAN AND MICHAEL T. KELLY, TRUSTEE, Appellant**

**V.**

**TANGLEWOOD HOMES ASSOCIATION, INC., Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-65420**

# ORDER

The reporter's record in this case was due **January 13, 2012**, 2012. *See* Tex. R. App. P. 35.1. To date, **Michelle Tucker's** portion of the record has not been filed with the court. **Michelle Tucker** has filed a motion for extension of time to file the record which is **GRANTED IN PART AND DENIED IN PART** with the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **on or before April 14, 2012, and NO FURTHER EXTENSION WILL BE ENTERTAINED.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Michelle Tucker** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM